IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW 3:10CR58 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| JENNI ROSE BUNKLEY, ) | |
| aka/JENNI ROSE HIPP. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and FIRST CITIZENS BANK.:

A judgment was entered on December 3, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Jenni Rose Bunkley, aka/Jenni Rose Hipp, whose last known address is XXXXXXXXX, Rock Hill, SC 29732, in the sum of $270,864.00. The balance on the account as of March 7, 2011, is $255,764.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and First Citizens Bank is commanded to **turn over property** in which the Defendant, Jenni Rose Bunkley, aka/Jenni Rose Hipp, has a substantial nonexempt interest, the said property being funds located in accounts held by First Citizens Bank, accounts in the name of Jenni Rose Bunkley, aka/Jenni Rose Hipp, at the following address: First Citizens Bank, 1314 Park Street, Columbia, SC 29201.

**SO ORDERED**.　　　　　　　　　　　Signed: March 8, 2011

_____
David S. Cayer
United States Magistrate Judge